UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. _____

*FILED ELECTRONICALLY*

**OMAR WAYNE HILER as Executor of**
**the Estate of VIRGINIA E. HILER**                                                      **PLAINTIFF**

**v.**

**EXTENDICARE HEALTH NETWORK, INC.**
**d/b/a KENWOOD NURSING, KENWOOD**
**HEALTH AND REHABILITATION CENTER,**
**KENWOOD HOUSE, RICHMOND HEALTH AND**
**REHABILITATION CENTER**

**AND**

**UNKNOWN DEFENDANTS**                                                                    **DEFENDANTS**

## NOTICE OF REMOVAL

For their Notice of Removal of the action filed by Omar Wayne Hiler, as Executor of the Estate of Virginia E. Hiler from the Madison Circuit Court in Madison County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Lexington Division, the Defendant, Extendicare Health Network, Inc. identified in the caption of Plaintiff's Complaint as d/b/a Kenwood Nursing, Kenwood Health and Rehabilitation Center, Kenwood House and Richmond Health and Rehabilitation Center ("Extendicare"), states as follows:

1. On May 13, 2011, Omar Wayne Hiler, as Executor of the Estate of Virginia E. Hiler ("Hiler") filed a Complaint in the Madison Circuit Court, Civil Action No. 11-CI-00720, against Extendicare, a Wisconsin corporation. The Complaint seeks damages arising out of the alleged negligent operation of Extendicare Facilities.

2. On May 16, 2011, the Madison Circuit Court Clerk issued a summons to be served upon Defendants, which was served on May 16, 2011.

3. Defendant's counsel had a verbal agreement with Plaintiff's counsel, extending the time to answer to June 15, 2011. On June 15, 2011, in this Court, Defendant filed an Answer to Plaintiff's Complaint.

4. Copies of all process, pleadings, and orders in said action, including a copy of the Notice of Filing of Notice of Removal filed contemporaneously herewith, are attached hereto in accordance with 28 U.S.C. § 1446(a).

5. Defendant now and at the time of the commencement of this action, is a corporation organized and existing under the laws of the State of Wisconsin with its principal office located in Milwaukee, Wisconsin. The entity, Kenwood Health and Rehabilitation Center is an assumed name of a different corporation and is from the State of Washington with its principal office located in Milwaukee, Wisconsin. The other d/b/a's listed in the Complaint are fictitious.

6. For purposes of removal under 28 U.S.C. § 1441, the citizenship of defendants sued under fictitious names is disregarded.

7. Hiler is now and was at the time of the commencement of this action a resident of the State of Kentucky.

8. Plaintiff's action against Defendants is one over which this Court possessed original jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1), in that it is an action between citizens of different states.

9. Plaintiff's Complaint seeks determination of liability arising out of Defendants' treatment of Virginia E. Hiler and does not set forth a specific amount of damages. Based upon

information and belief, Defendants state that the amount in controversy is in excess of Seventy-Five Thousand Dollars ($ 75,000.00), exclusive of interests and costs, and the amount of damages exceeds the jurisdictional requirements of this Court.

10.   The Notice of Removal was filed with this Court within thirty (30) days of the receipt by Defendants of pleadings from which it may first be ascertained that the case is one which is or has become removable, as required by the provisions of 28 U.S.C. § 1446(b).

WHEREFORE, Defendant prays that Civil Action No. 11-CI-720 in Madison Circuit Court be removed therefrom to the United States District Court for the Eastern District of Kentucky at Lexington, where said action may proceed as an action properly removed.

Respectfully submitted,

**FOWLER MEASLE & BELL PLLC**

*/s/ Elizabeth S. Feamster*
Elizabeth S. Feamster, Esq.
300 West Vine Street, Suite 600
Lexington, KY  40507-1660
Telephone: (859) 252-6700
Facsimile:  (859) 255-3735
*EFeamster@FowlerLaw.com*
**ATTORNEY FOR DEFENDANTS,
EXTENDICARE HEALTH NETWORK,
INC.; KENWOOD HEALTH AND
REHABILITATION CENTER**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served by U.S. mail, postage prepaid, upon the following persons on this the 15th day of June, 2011:

>David J. Gaurneieri, Esq.
>Benjamin L. Riddle, Esq.
>Brittany B. Koch, Esq.
>McBrayer, McGinnis, Leslie & Kirkland, PLLC
>201 E. Main St., Suite 1000
>Lexington, KY  40507
>**ATTORNEYS FOR PLAINTIFF**
>
>Madison County Courthouse
>P. O. Box 813
>Richmond, KY  40476-0813

>_/s/ Elizabeth S. Feamster_
>Elizabeth S. Feamster
>ATTORNEY FOR DEFENDANTS

4830-8066-1257.1/3900.00105


4830-8066-1257, v.  3