

FILED
TIME 8:40 A.M. P.M.

MAY 18 2011

MADISON CIRCUIT COURT
LINDA SPURLOCK CATES, CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Linda A. Smith_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Linda A. Smith   C. Date of Delivery MAY 16 2011 |
| 1. Article Addressed to:<br><br>Lexis Document Services, Inc.<br>421 W. Main Street<br>Frankfort, KY 40601<br><br>11-CI-720  TT | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 3090 0003 0772 0953 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |





| AOC-105　Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice　www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 11-CI-720<br>Court ✓ Circuit ☐ District<br>County Madison  TT |
|---|---|---|

**PLAINTIFF**

Omar Wayne Hiler, as Executor of the Estate of Virginia E. Hiler

VS.

**DEFENDANT**

Extendicare Health Network, Inc. d/b/a Kenwood Nursing, Kenwood Health and Rehabilitation Center, Kenwood House, Richmond Health and Rehabilitation Center

**Service of Process Agent for Defendant:**
Lexis Document Services, Inc.
421 W. Main Street
Frankfort, KY  40601

---

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 5/20, 2011            Linda Cato            Clerk
By:                                  D.C.

---

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this ____ day of _____, 2____.
Served by: _____
_____ Title

OPEN COURT
DATE 5/18/11 TIME 10:59
COMPLAINT FILED
SUMMONS & COPIES ISSUED_____
ATT: LINDA SPURLOCK CATES, CMC
BY: _____

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
__II__ DIVISION
CIVIL ACTION NO. 11-CI-720

OMAR WAYNE HILER as Executor of            PLAINTIFF
the Estate of VIRGINIA E. HILER

v.

**COMPLAINT**

EXTENDICARE HEALTH NETWORK, INC.            DEFENDANTS
d/b/a KENWOOD NURSING, KENWOOD
HEALTH AND REHABILITATION CENTER,
KENWOOD HOUSE, RICHMOND HEALTH AND
REHABILITATION CENTER

    Serve: Lexis Document Services, Inc.
           421 W. Main Street
           Frankfort, Kentucky 40601

AND

UNKNOWN DEFENDANTS

*************

Comes the Plaintiff, Omar Wayne Hiler as Executor of the Estate of Virginia E. Hiler by and through counsel, and for her Complaint against the Defendant, Extendicare Health Network, Inc. d/b/a Kenwood Nursing, Kenwood Health and Rehabilitation Center, Kenwood House, Richmond Health and Rehabilitation Center hereby states as follows:

1. Plaintiff, Omar Wayne Hiler, is an individual residing in Fayette County, Kentucky with an address of 1332 Post Oak Road, Lexington, Kentucky and was appointed Executor of the Estate of Virginia E. Hiler by the Fayette Probate Court, action 10-P-2254, on September 17, 2010.

2. Defendant, Extendicare Health Network, Inc. d/b/a Kenwood Nursing, Kenwood Health and Rehabilitation Center, Kenwood House, Richmond Health and Rehabilitation Center is a foreign corporation licensed to do business in the Commonwealth of Kentucky with its principal place of business being 111 W. Michigan Street, Milwaukee, WI 53203, whose registered agent for service of process is Lexis Document Services, Inc., 421 West Main Street, Frankfort, Kentucky 40601.

3. Unknown Defendants are the individuals and/or corporate entities responsible for the conduct described herein.

4. Because the acts underlying the allegations set forth herein arise from or concern actions and omissions which occurred in Madison County, Kentucky, venue is proper in Madison County, Kentucky.

5. Jurisdiction is appropriate in this Court as Ms. Hiler's Estate has incurred damages exceeding the jurisdictional limit of this court.

6. Upon information and belief, Extendicare Health Network, Inc., d/b/a Kenwood Nursing, Kenwood Health and Rehabilitation Center, Kenwood House Richmond Health and Rehabilitation Center (hereinafter "Kenwood") owns, operates and/or manages a nursing home in Richmond, Kentucky where the acts complained of herein occurred.

7. Upon information and belief, there are Unknown Defendants who were responsible for the assessment, treatment, care, and protection of Virginia E. Hiler ("Mrs. Hiler") who were negligent in the performance of duties to Mrs. Hiler and as a direct and proximate result of the Unknown Defendants' negligent actions and inactions, Mrs. Hiler died.

8. On May 5, 2009, Mrs. Hiler was admitted to Kenwood for purposes of rehabilitating and recovering from surgery.

9. On May 14, 2009 at approximately 12:00 a.m. while in the care of the Defendants and/or their agents, employees or representatives, Mrs. Hiler notified nurses of her pain and discomfort and exhibited cool and clammy skin. No medical treatment was sought or provided by any nurse or physician at that time.

10. Despite reporting that Mrs. Hiler would be monitored, no individual checked on Mrs. Hiler again until 1:20 a.m. At that time, Mrs. Hiler was reportedly "in and out of touch with reality" and continued to complain that, among other things, she did not feel "right." Mrs. Hiler's skin remained cool and clammy.

11. Despite Mrs. Hiler's worsening medical condition, an ambulance was not dispatched until 1:46 a.m. to provide emergency treatment to Mrs. Hiler. The ambulance arrived to transport Mrs. Hiler at 2:00 a.m.

12. As a result of this failure to seek necessary medical treatment, Mrs. Hiler was pronounced dead at 2:20 a.m. due to a cardiac event.

## CAUSE OF ACTION

13. Plaintiff restates and incorporates by reference paragraphs 1 through 12 of the Complaint as if fully set out herein pursuant to CR 10.03.

14. At all relevant times, Defendants had a duty of care to provide adequate treatment and proper care to Mrs. Hiler.

15. Defendants, by and through their agents, employees and/or representatives, breached their duty of care by failing to provide adequate treatment or

proper care and failing to monitor her progressively worsening condition during the relevant time period.

16. As a direct and proximate result of the Defendants' negligent actions or inactions, Mrs. Hiler suffered bodily injury, pain and suffering, emotional and mental distress, and loss of life.

17. As a direct and proximate result of Defendants' negligent actions or inactions, Mrs. Hiler is entitled to compensatory and punitive damages in excess of the jurisdictional limit of this Court.

WHEREFORE, Omar Wayne Hiler, as Executor of the Estate of Virginia E. Hiler, respectfully request and pray for the following relief:

A. Judgment against Defendant, Extendicare Health Network, Inc. d/b/a Kenwood Nursing, Kenwood Health and Rehabilitation Center, Kenwood House, Richmond Health and Rehabilitation Center in an amount in excess of the jurisdictional limits of this court;

B. Judgment against Unknown Defendants in an amount in excess of the jurisdictional limits of this court;

C. An award of Punitive Damages;

D. Costs incurred herein, including reasonable attorney's fees;

E. Pre-judgment and post-judgment interest;

F. Leave to amend his Complaint to assert any additional causes of action and to name additional parties as necessary;

G. A trial by jury on all issues so triable; and

H. Any and all other relief to which he may be entitled.

Respectfully submitted,

McBRAYER, McGINNIS, LESLIE
   & KIRKLAND, PLLC
201 E. Main St., Suite 1000
Lexington, KY 40507
(859)231-8780

BY: *Brittany B. Koch*
DAVID J. GAURNIERI
BENJAMIN L. RIDDLE
BRITTANY B. KOCH
ATTORNEYS FOR PLAINTIFF

P:\DavidG\Hiler, Virginia Estate\Complaint.doc

# MADISON Circuit County

# Random Judge Assignment Report

**Court:** Circuit Court

**Requestor:** JENN    **Reference/Case Number:** 11-ci-720

**This Case has been Assigned to:** 2 **Division**

Judge Jean Chenault Logue    625304

**Control Date/Time:** 05/13/2011  10:59:12AM

**Date Printed:** 05/13/2011    **Time Printed:** 10:59:12AM    **Page:** 1

Commonwealth of Kentucky
Madison County
Linda Spurlock Cates
Circuit Court Clerk

Receipt Number: 03-0028834-A
DATE: 05/13/2011
TIME: 11:02 AM

*** (I) CIRCUIT CIVIL-FILING ***

CASE NO: 11-CI-00720

RECEIVED FROM: MCBRAYER MCGINNIS LESLIE
ACCOUNT OF: OMAR HILER VS EXTENDICARE

| | | |
|---|---|---|
| 1. | Civil Filing Fee (Q) | 115.00 |
| 2. | ATJ Fee (I) | 20.00 |
| 3. | Court Technology MCFO(K(CT)) | 10.00 |
| 4. | Library Fee (L) | 1.00 |
| 5. | Court Facilities Fee (I) | 25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | 5.00 |
| 7. | Jury Demand /12 CS(W(M)) | 60.00 |
| 8. | Postage/Cert. Mail MCFO(K(H)) | 10.04 |

TOTAL: $246.04

CHECK: $246.04

***DIFF: 0.00

*** Check Number: 110754

Prepared By: Jenny Spurlock
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                     Page 1 of 1