Eastern District of Kentucky
**FILED**

JUL -1 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL ACTION NO.: 5:11-CV-00192-JMH

OMAR WAYNE HILER, as Executor of          PLAINTIFF
the ESTATE OF VIRGINIA E. HILER

v.

EXTENDICARE HEALTH NETWORK, INC. D/B/A          DEFENDANTS
KENWOOD NURSING, KENWOOD HEALTH
REHABILITATION CENTER, KENWOOD HOUSE, AND
RICHMOND HEALTH AND REHABILITATION
CENTER; AND FIR LANE TERRACE CONVALESCENT
CENTER, INC. D/B/A RICHMOND HEALTH &
REHABILITATION COMPLEX-KENWOOD

## AGREED ORDER OF DISMISSAL

Plaintiff, Omar Wayne Hiler, As Executor of the Estate of Virginia E. Hiler, Deceased, by counsel, and Defendants, Extendicare Health Network, Inc. d/b/a Kenwood Nursing, Kenwood House, and Richmond Health and Rehabilitation Center; and Fir Lane Convalescent Center Inc., d/b/a Richmond Health and Rehabilitation Complex – Kenwood, by counsel, having agreed to settle all claims in connection with this matter and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims against Defendants are hereby DISMISSED WITH PREJUDICE, all matters in controversy and all claims among all the parties having been settled, with each party bearing their own costs and attorney's fees. Plaintiff shall

satisfy any and all present or future liens of any kind, known or unknown, which may relate to the settlement proceeds.

The Court being satisfied that there is no just reason for delay, this is a final and appealable Order.

Tendered By:                                                    Seen and Agreed to By:

/s/ J. Peter Cassidy, III, Esq.                                 /s/ Kevin P. Fox, Esq. (with permission)
J. Peter Cassidy, III, Esq.                                     Kevin P. Fox, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.                          Logan Burch & Fox
2452 Sir Barton Way, Ste. 300                                   114 W. Clinton St.
Lexington, KY 40509                                             Frankfort, KY 40601
**ATTORNEY FOR DEFENDANTS**                                     **ATTORNEY FOR PLAINTIFFS**



Signed By: 6.30.2013
Robert E. Wier
United States Magistrate Judge

47775